Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

✓ FILED ___ LODGED
RECEIVED ___ COPY

JUN 1 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona
### Yuma Division

Kelly Lynn Merritt

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

James "Keith" Ingalsbe
Toprane C. Coatney
Robert L. Harris

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. **CV25-02083-PHX-DJH**

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ✔Yes  ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kelly Lynn Merritt |
| Street Address | 10795 S Monterrey Way |
| City and County | Yuma, Yuma County |
| State and Zip Code | Arizona, 85367 |
| Telephone Number | 928-318-7803 |
| E-mail Address | kelly_merritt@msn.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | James "Keith" Ingalsbe |
| Job or Title *(if known)* | Assistant Director, Office of Asset and Facilities Management |
| Street Address | 500 12th Street SW    MAIL STOP 5010 |
| City and County | Washington DC, DC |
| State and Zip Code | DC, 20536 |
| Telephone Number | (202) 503-5042 |
| E-mail Address *(if known)* | james.k.ingalsbe@ice.dhs.gov |

Defendant No. 2

| | |
|---|---|
| Name | Tropane C. Coatney |
| Job or Title *(if known)* | Chief of Staff, Office of Asset and Facilities Management |
| Street Address | 500 12th Street SW    MAIL STOP 5010 |
| City and County | Washington DC, DC |
| State and Zip Code | DC, 20536 |
| Telephone Number | (202) 732-4408 |
| E-mail Address *(if known)* | tropane.c.coatney@ice.dhs.gov |

Defendant No. 3

| | |
|---|---|
| Name | Robert L. Harris |
| Job or Title *(if known)* | Plans Programing and Management Unit Chief |
| Street Address | 500 12th Street SW    MAIL STOP 5010 |
| City and County | Washington DC, DC |
| State and Zip Code | DC, 20536 |
| Telephone Number | (202) 738-8873 |
| E-mail Address *(if known)* | robert.l.harris@ice.dhs.gov |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Department of Homeland Security, ICE (REMOTE WORK) |
| Street Address | 10795 S Monterrey Way |
| City and County | Yuma, Yuma County |
| State and Zip Code | Arizona, 85367 |
| Telephone Number | (202) 948-3067 |

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☑    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Failure to financially compensate me.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Beginning 5 August 2024, the most current documented unfair work practice occured 15 May 2025.

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☑    age *(year of birth)*    1963    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

On 5 August 2024 Robert Harris called me to inform me that he would miss our scheduled one on one meeting. This was our initial meeting following the departure of my previous supervisor, Adria Martinez. On 6 August 2024 Robert Harris called me for our "rescheduled" one on one meeting, the call was 24 mins.
Robert Harris stated that he would have the Admin folks set up recuring one on one meetings with me, this never occured.
Robert Harris said "I know I am not supposed to ask you this, but, how old are you, when are you eligible to retire and when are you going to submit your package."                   CONT ON ENCL

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
26 December 2024 the "Final" was approved following a failed ADR with Management 12 Dec.  My initial intake form was submitted to the EEO office 23 September 2024.

B.      The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☐        issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑        60 days or more have elapsed.

☐        less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Basis:
Age Discrimination under ADEA 1967

Lost of future earnings:  2 Million Dollars
Compensation for pain, suffering and emotional distress:  2 Million Dollars
Punitive damages:  2 Million Dollars

The sequential actions of each of the defendants in their respective Federal Government positions caused injury.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/13/2025

Signature of Plaintiff

Printed Name of Plaintiff     Kelly Lynn Merritt

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

ENCL

**06 August 2024**

I told Robert Harris that Nate Sears, our Division Chief, and his first line supervisor just a couple weeks previous offered me a GS14 position (promotion) for which I was awaiting the formal offer.

Robert Harris said "Oh, the IT PM job? You are NOT getting that job and Nate does not have the authority to offer it to you. I completely re-wrote that job description, that position will work for me, I will make all of the decisions for IT Systems, not you."

I told Robert Harris it sounded as though he and Nate and management were not on the same page. Robert began to raise his voice and his body language, via camera on Teams, appear to portray irritation and anger toward me

I informed Robert Harris that he "does not get to speak to me in a disrespectful manner and when he was ready to act professionally, we could speak again." I had to end the call with Robert Harris as his voice volume increased and demeanor became threatening.

**22 August 2024**

17 days later, and with NO contact from Robert Harris and NO one on one meeting, I received an email from him requiring I provide a "list of accomplished tasks this week…" ENCL

Robert Harris does NOT require this information from other employees in my Unit and in nearly 2 years at ICE it had not been requested of me.

Additionally, Robert Harris, in the same email, asked again for my retirement date.

I had been quite sick the entire week, but I attended meetings regardless. I informed my Team including Robert Harris, while on a bi-weekly Unit meeting 20 August 2024 at 1100 EST, that I was NOT going to be on camera that week because I was feeling so poorly. Thursday the 22nd arrived and I sought medical assistance. I was unable to submit my Sick Leave request in webTA (time and attendance system) until Friday the 23rd of August 2024 when I completed my time card.

**26 August 2024**

Robert Harris called me on my PERSONAL cell phone 2 times @ 1152 and 1153 MST. When I noticed the missed calls on my PERSONAL cell phone, I returned Robert's call.

Robert Harris immediately asked why I was out sick Thursday 22 August 2024. He asked if I had an emergency or if I went to an appointment and what was wrong with me. Robert went on to say that he was going to deny my SL unless I provided him with a doctors note from the person I saw on Thursday.

Robert stated that "you WILL do what I tell you to do." I let Robert Harris know that I follow all orders that are legal and within my scope of work.

Robert went on to tell me that I am delinquent on a suspense and there would be "disciplinary action coming…" I said, "write me up Robert…I will not allow you to yell at me any longer. I have done nothing wrong…" I hung up on Robert Harris.

26 August 2024

I received an email from Robert Harris stating my delinquency, again, on an unprecedented "task" he assigned to ONLY me the day I was out sick.

Harris went on to outline the days/times he tried to contact me. He was previously informed that I was out sick on Thursday and Friday's had been my Regular Day Off for nearly two years.

26 August 2024

I immediately contacted my Primary Care Physician at the Veterans Clinic in Yuma, AZ as Robert Harris' behavior toward me was getting out of control and exacerbating my medical conditions.

I submitted for Annual Leave 27 August 2024 through 5 September as I had ANNUAL USE OR LOSE and Robert Harris told me he was going to disapprove any Sick Leave I submitted.

I informed my 2nd line supervisor of the issues with Robert Harris and my concerns about my leave.

27 August 2024

I contacted my 2nd line supervisor at 0734 and let him know I was on my way back to my Primary Care Physician at the VA.

I was NOT informed by anyone that ANY of my Annual Use of Lose was declined by Robert Harris.

30 August 2024

I received a direct deposit of my gov pay and noticed it was short by 1/3 of my total pay.

I found out Robert Harris did, in fact decline my Sick Leave for not 1 but 2 days of non-consecutive Sick Leave the previous PP, affecting my take home pay substantially.

I informed My 2nd line supervisor about the pay and informed him I needed to enact FMLA immediately.

03 September 2024

Robert Harris called my PERSONAL cell phone 2 times…I did not answer either call as the harassment had already begun and had already submitted and validated my timecard before going on leave.

Upon logging into webTA I discovered that Robert Harris did, in fact decline 60 hours of ANNUL USE OR LOSE, this was taken in conjunction with Labor Day.

**08 September 2024**

Received and submitted to my Chain of Command a 21-day Sick Leave notice while my Physician prepared the FMLA paperwork.

**10 September 2024**

My 2nd line supervisor, Nate Sears text me "...I am being told you haven't submitted a retirement package.  If your intent is to retire, contact HR..."

The above was in response to me stating I was submitting an EEO case.

**11 September 2024**

FMLA package submitted to my leadership chain of command.

**16 September 2024**

I DID NOT RECEIVE A PAYCHECK AT ALL.


PLEASE BE ADVISED, THIS IS THE EXACT INFORMATION I PROVIDED TO THE EEO AT DEPARTMENT OF HOMELAND SECURITY, ICE, SEPTEMBER OF LAST YEAR, 2024.



*Office of Civil Rights Compliance*

**U.S. Department of Homeland Security** 500 12th Street SW, Mail Stop 5010 Washington, DC 20536-5010

**U.S. Immigration and Customs Enforcement**

Delivered via electronic mail to:
Kelly.merritt@ice.dhs.gov

May 1, 2025

10795 S Monterrey Way
Yuma, AZ 85367

Re:    Acceptance of Formal Complaint of Kelly Merritt v. Kristi Noem, Secretary, U.S. Department of Homeland Security - Agency Case No: HS-ICE-02503-2024

Dear Ms. Merritt:

The U.S. Immigration and Customs Enforcement (ICE), Office of Civil Rights Compliance (OCRC), Equal Employment Opportunity Division (EEOD) received your Equal Employment Opportunity (EEO) discrimination complaint filed on December 26, 2024.  Your complaint has been accepted for investigation.  The scope of the investigation will include the following claim only.[1]:

1.  Whether the agency subjected Complainant to harassment based on age (YOB: 1963). The following incidents were provided to support the allegation:

   a.  On or around August 6, 2024, the Deputy Unit Chief (UC), Office of Asset and Facilities (OAFM), communicated with Complainant in a disrespectful and demeaning manner;

   b.  On or around August 22, 2024, UC requested for Complainant to provide a list of accomplishments and inquired about her retirement date;

---

[1] Title 29 of the Code of Federal Regulations (C.F.R.), section (§) 1614.105(a)(1), requires an aggrieved person to initiate contact with an EEO Counselor within 45 days of the date of a matter alleged to be discriminatory. Complainant initially contacted the ICE Office of Civil Rights Compliance on September 11, 2024. Accordingly, any discrete acts which are part of your harassment claim but occurred 45-days prior to the date of contact are untimely. However, such will be investigated and considered as background in support of the claim of harassment constituting a hostile work environment. Even though considered as part of your harassment claim, you may not be entitled to any relief. See National Railroad Passenger Corp v. Morgan, 122 S. Ct. 2061 (2002). If it is determined that any discrete acts are not part of the same harassment claim, they may later be dismissed as untimely.

RE: Acceptance of Formal Complaint – Kelly Merritt v. Kristi Noem, Secretary, U.S.
Department of Homeland Security - Agency Case No.: HS-ICE-02503-2024
Page 2

    c.  On or around August 26, 2024, UC threatened to deny Complainant's leave if she did not provide medical documentation to support the request and made the comment "you will do what I tell you to do";

    d.  On August 26, 2024, UC threatened Complainant by stating "disciplinary action coming," for being delinquent on a suspense date;

    e.  On or around August 30, 2024, UC denied Complainant's sick leave;

    f.  On or around September 3, 2024, UC denied Complainant's Use or Lose annual leave; and

    g.  On or around September 2024, the Division Chief (DC), OAFM, contacted Complainant via text about her intent to retire.

If you believe that the claim is not correctly identified, please provide a written clarification within (7) calendar days after receipt of this letter, specifying why the claims have not been correctly identified. If a reply is not received within the specified time period, it will be considered that you agree with the claim(s) as defined above.

An investigation of the accepted claim will be conducted and completed within 180 days of the filing of the above complaint. When the investigation is completed, EEOD will provide you with a copy of the Report of Investigation. At that time, you will be notified of your right to pursue one of the following courses of action: (1) to request a Final Agency Decision by Department of Homeland Security; (2) to request a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ) decision; or (3) to file a civil action in an appropriate U.S. District Court. If you request an EEOC AJ decision, it will be processed pursuant to 29 C.F.R. § 1614 and EEO MD- 110, which are available at www.eeoc.gov.

A contract EEO Investigator will be assigned to thoroughly investigate all aspects of the claim accepted for processing. The Investigator has the authority to administer oaths and to require employees to furnish affidavits and/or interrogatories under oath; affirmation without a promise of confidentiality; and/or alternatively, by written statements under penalty of perjury. You have a responsibility to cooperate with the Investigator by timely scheduling an appointment; meeting with the Investigator; and providing necessary written statements and/or documents as directed. Failure to do so may result in the dismissal of the complaint for failure to cooperate.

If at any time you do not wish to pursue the complaint, you may withdraw from the process by contacting the EEO point of contact.

**Please Note:** Any time after 180 days have elapsed from the filing of the complaint; you have the right to request a hearing before an EEOC AJ. To do so, you must submit a written request directly to the EEOC through the EEOC's Public Portal at https://publicportal.eeoc.gov/portal or at the address indicated in the acknowledgment letter previously issued, with a copy provided to EEOD. Alternatively, you have the right to file a civil action in U.S. District Court at that time.

You are reminded that pursuant to 29 C.F.R. §1614.106(d), you may amend your complaint at any time prior to the conclusion of the investigation to include issues or claims like or related to those raised in the complaint. In order to amend your complaint, you must submit a written

RE: Acceptance of Formal Complaint – Kelly Merritt v. Kristi Noem, Secretary, U.S. Department of Homeland Security - Agency Case No.: HS-ICE-02503-2024
Page 3

statement to the EEO Complaints and Compliance Manager, Equal Employment Opportunity Division, Office of Civil Rights Compliance, in order for the Agency to determine whether the proposed amendments are like or related to the allegations previously accepted for investigation.

Proposed amendments and requests to change accepted allegations should be sent by email to:

Mr. Sidney Gainey
EEO Complaints and Compliance Manager
Equal Employment Opportunity Division
Office of Civil Rights Compliance
EEO-ADR-ICE@ice.dhs.gov

Or, by mail to:

Mr. Sidney Gainey
EEO Complaints and Compliance Manager
Equal Employment Opportunity Division
Office of Civil Rights Compliance
500 12th Street SW,
Mail Stop 5010
Washington, D.C. 20536 5010

To avoid possible dismissal of your discrimination complaint for failure to prosecute, you should promptly acknowledge receipt of all certified mail; provide this office with any change of address; cooperate with the EEO Investigator in the conduct of the investigation; and, if a hearing is requested, proceed with the hearing without undue delay. Failure to cooperate may result in dismissal of your discrimination complaint, pursuant to 29 C.F.R. § 1614.107(a)(7).

Please be aware 29 C.F.R. § 1614.603 states parties must make reasonable efforts to voluntarily settle the complaint throughout the process, including the formal complaint process. If you would like to enter into the Alternative Dispute Resolution process during the formal stage of your complaint, please contact ICE- Disability and Conflict Management Division (DCMD) ADR Program Manager, at resolve@ice.dhs.gov. If a resolution/settlement, should be reached, it will be reduced to writing, signed by the parties, and you will be provided with a copy.

If you have any questions regarding this acceptance letter, please contact Mark McGinley, the designated EEO Specialist, at Mark McGinley@ice.dhs.gov.

A copy of your EEO Counselor's Report is included.

Sincerely,

SIDNEY O GAINEY
Digitally signed by SIDNEY O GAINEY
Date: 2025.05.01 13:20:25 -04'00'

Sidney Gainey
EEO Complaints and Compliance Manager
Equal Employment Opportunity Division
Office of Civil Rights Compliance



*Office of Civil Rights Compliance*

**U.S. Department of Homeland Security**
Mail Stop 5010
Washington, DC  20536-5010

**U.S. Immigration
and Customs
Enforcement**

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing on the date indicated below if sent via email or within five (5) calendar days after the date indicated below if sent by regular or certified mail.  I certify that the foregoing Acknowledgement of Formal Complaint letter was provided to the following:

Kelly Merritt
*(Via Email: Kelly.merritt@ice.dhs.gov)*

**MARK B MCGINLEY**
Digitally signed by
MARK B MCGINLEY
Date: 2025.05.14
09:42:22 -04'00'

_____                    _____
ICE OCRC                                                          Date

www.ice.gov